**1016**

No. 95–1773.   TEXAS ET AL. *v.* HOPWOOD ET AL.   C. A. 5th Cir. Motion of petitioners in No. 95–1845 to have this petition considered with No. 95–1845, *Thurgood Marshall Legal Society et al.* v. *Hopwood et al.*, granted.

No. 95–8723.   IN RE SWENDRA; and
No. 95–8900.   IN RE BALLARD ET AL.   Petitions for writs of mandamus denied.

No. 95–8749.   IN RE HAMPTON; and
No. 95–8848.   IN RE RIVERA.   Petitions for writs of mandamus and/or prohibition denied.

No. 95–9048.   IN RE VAN.   Petition for writ of prohibition denied.

No. 95–897.   AUER ET AL. *v.* ROBBINS ET AL.   C. A. 8th Cir. Certiorari granted.

No. 95–1853.   CLINTON *v.* JONES.   C. A. 8th Cir.   Certiorari granted.

No. 95–1726.   UNITED STATES *v.* LABONTE ET AL.   C. A. 1st Cir.   Motions of respondents Alfred Hunnewell, George LaBonte, and Stephen Dyer for leave to proceed *in forma pauperis* granted.   Certiorari granted.

No. 95–137.   WILLIAMS ET AL. *v.* NATIONAL BASKETBALL ASSN. ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 95–270.   WORCESTER COUNTY, MARYLAND, ET AL. *v.* CANE ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 95–1302.   DIAZ MATOS *v.* PUERTO RICO.   Sup. Ct. P. R. Certiorari denied.

No. 95–1311.   PARRAVANO ET AL. *v.* BABBITT, SECRETARY OF THE INTERIOR, ET AL.   C. A. 9th Cir.   Certiorari denied.